# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2010

140706(50)

PEOPLE OF THE STATE OF MICHIGAN,
  Plaintiff-Appellee,

v

MAURICE CLIMMIE JACKSON,
  Defendant-Appellant.

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

SC: 140706
COA: 286964
Wayne CC 07-012175-FC

_____/

   On order of the Court, the motion for reconsideration of this Court's May 25, 2010 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2010        _____

p0830                Clerk